UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE RAFAEL MORENO HERNANDEZ,
Plaintiff,

v.

CITY COLLEGE OF SAN FRANCISCO, et al.,
Defendants.

Case No. 26-cv-03242-JST

**ORDER DISMISSING CASE**

On September 17, 2026, the Court dismissed Plaintiff Jose Rafael Moreno Hernandez's complaint with partial leave to amend. ECF No. 35 at 6. The Court specified that "Moreno Hernandez may file an amended complaint no later than 28 days from the date of this order, solely to correct the deficiencies identified" in the order. *Id.* The Court advised that "[f]ailure to file a timely amended complaint will result in dismissal of this case with prejudice." *Id.*

To date, Moreno Hernandez has not filed an amended complaint. The deadline to do so passed on October 15, 2026. Accordingly, as the Court advised it would do if Moreno Hernandez did not file a timely amended complaint, the Court now dismisses this case with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California